| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 4:01CR00101-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR05-103 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kenneth Lynn Evans<br><br>Newark, Delaware 19202<br><br>**REDACTED** | EASTERN DISTRICT OF VIRGINIA | Newport News |
| | NAME OF SENTENCING JUDGE<br>The Honorable Henry Coke Morgan, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/24/03    TO 10/23/08 |

OFFENSE

Count 1: Conspiracy to Possess with Intent to Distribute, Class A Felony
Count 2: Conspiracy to Commit Money Laundering, Class C Felony

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF DELAWARE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/02/05            *[signature]* Henry Coke Morgan
Date                                                      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____           _____
Effective Date                                          United States District Judge