


UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
PROBATION OFFICE / PRETRIAL SERVICES AGENCY

**ELLEN J. KRAUSE**
**Chief Probation Officer**

FEDERAL BLDG., LOCKBOX #39
844 KING ST.
WILMINGTON, DE 19801-3588

CENTRAL OFFICE LOCATION:

SUITE 400
824 MARKET ST.
WILMINGTON, DE 19801-3588
(302) 252-2950
FAX: (302) 573-6658

BRANCH OFFICE LOCATION:

ROOM 2201, FEDERAL BLDG.
300 S. NEW ST.
DOVER, DE 19904
(302) 677-0633
FAX: (302) 677-0640

November 21, 2005

*CR05-103*

## MEMORANDUM

TO:        U. S. District Judge
           (to be assigned)

RE:        **KENNETH LYNN EVANS**
           Dkt. No.: 4:01CR00101 (Eastern District of Virginia)
           **TRANSFER OF JURISDICTION**

---

The above noted offender appeared before the Honorable Henry Coke Morgan, Jr., United States District Judge for the Eastern District of Virginia, on January 9, 2002, to be sentenced on the charges of conspiracy to possess with intent to distribute cocaine and conspiracy to commit money laundering, subsequent to the defendant entering guilty plea to the charges. The defendant was sentenced to an eighty-seven month term of imprisonment to be followed by a five-year term of supervised release. The defendant commenced his term of supervised release in the District of Delaware, on October 23, 2003, and his termination date is scheduled for October 23, 2008.

The Eastern District of Virginia initiated transfer of jurisdiction proceedings. On November 2, 2005, the Honorable Henry Coke Morgan, Jr. signed the Transfer of Jurisdiction (Prob 22). This office also recommends that a transfer of jurisdiction is appropriate in this case.

Should Your Honor agree with the transfer of jurisdiction recommendation, please find attached the two original Transfer of Jurisdiction (Prob 22) documents for signature.

This office remains available to discuss any issues regarding this matter with Your Honor.

U. S. District Judge (to be assigned)
November 21, 2005
Re: Kenneth Lynn Evans

                                    Respectfully submitted,

                                    Ellen J. Krause
                                    Chief U. S. Probation Officer

                                    Frank J. Kurzeknabe
                                    U. S. Probation Officer

Reviewed and Approved:

John Selvaggi
Supervising U.S. Probation Officer

FJK/kak