| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 4:01CR00101-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR05-103 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Kenneth Lynn Evans | DISTRICT EASTERN DISTRICT OF VIRGINIA | DIVISION Newport News |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Henry Coke Morgan, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/24/03  TO 10/23/08 |

**OFFENSE**

Count 1: Conspiracy to Possess with Intent to Distribute, Class A Felony
Count 2: Conspiracy to Commit Money Laundering, Class C Felony

REDACTED

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF DELAWARE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/02/05
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Dec 15, 2005
Effective Date

*signature*
United States District Judge