PROB 12
(Rev. 2/94)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:05CR00103-001 GMS |
| Kenneth Lynn Evans, | ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW Frank Kurzeknabe PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Kenneth Lynn Evans who was placed on supervision by the Honorable Henry Coke Morgan, Jr. sitting in the court at Newport News, Virginia, on the 9th day of January 2002, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

If at any time defendant tests positive for the use of any controlled substance or the abuse of alcohol, the defendant will be required to participate in and successfully complete a residential program for the treatment of substance abuse, with partial costs to be paid by the defendant, all as directed by the probation officer.

If at any time during the period of supervised release the defendant tests positive for use of a controlled substance or abuse of alcohol, he shall be prohibited from operating any form of motor vehicle during the period of supervised release, regardless of whether he has an operator's license from the Commonwealth of Virginia or any other state.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

(Please see attached)

PRAYING THAT THE COURT WILL ORDER ... the following special condition of supervised release: "The defendant shall abstain from the use of any alcoholic beverages and shall submit to alcohol testing at the direction of the probation officer."

ORDER OF COURT

Considered and ordered this 29th day of _____, 2007.

_____
United States District Judge

FILED
SEP - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully,

_____
U.S. Probation Officer

_____
Wilmington, Delaware
Date: August 6, 2007

1

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## District of Delaware

    I, Kenneth L. Evans, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall abstain from the use of any alcoholic beverages and shall submit to alcohol testing at the direction of the probation officer.

Witness: _____    Signed: _____
        U.S. Probation Officer            Probationer or Supervised Releasee

_____
DATE